IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

09 JUN 18 AM 8:29

CLERK ALBUQUERQUE

ROMAN MONTOYA,

    Plaintiff,

vs.                                  Civ. 08- 349 JP/WDS

SGT. MACK L. ALLINGHAM
SGT. JUAN MONTANO, and
DEPUTY MARTIN X. SALAZAR,

    Defendants.

## JUDGMENT

Plaintiff Roman Montoya having accepted the Offer of Judgment made pursuant to Fed.R.Civ.P. 68 by Defendants Sgt. Mack L. Allingham, Sgt. Juan Montano, and Deputy Martin X. Salazar, judgment is hereby entered against Defendants Sgt. Mack L. Allingham, Sgt. Juan Montano, and Deputy Martin X. Salazar in favor of Plaintiff in the total combined amount of Twenty Five Thousand and One dollar ($25,001.00) plus recoverable costs, including reasonable attorneys' fees, accrued to the date of Defendants Sgt. Mack L. Allingham's, Sgt. Juan Montano's, and Deputy Martin X. Salazar's Offer of Judgment, in an amount to be determined by the Court.

This judgment is not to be construed either as an admission that Defendants Sgt. Mack L. Allingham, Sgt. Juan Montano, and Deputy Martin X. Salazar are liable to Plaintiff in this action or that the Plaintiff sustained any damages. Further, this judgment is entered in total settlement of this action, including any and all claims that were or could have been included in this action against Defendants Sgt. Mack L. Allingham, Sgt. Juan Montano, and Deputy Martin X. Salazar and shall have no other effect whatsoever except in full and final settlement of this

case.

Finally, this Judgment shall be not be used for any purpose, other than recited herein, in this or in any other legal proceeding.

_____
THE HONORABLE JAMES A. PARKER
Senior United States District Judge

APPROVED:

By: _____
ESMERALDA GRAHAM
Attorney for Plaintiff

SLEASE & MARTINEZ, P.A.

By: _____
JONLYN M. MARTINEZ
Attorneys for Defendant Salazar

SCHEUER, YOST & PATTERSON

By: ____Approved 5/19/9_____
TONY ORTIZ
Attorneys for Defendants Allingham and Montaño